Argued November 19, 1976, affirmed January 10, 1977

BASL, *Appellant,*

*v.*

SAFEWAY STORES, INC. et al,

*Respondents.*

(No. 94867, CA 6871)

558 P2d 352

Gary G. Jones, Salem, argued the cause for appellant. With him on the brief was Rhoten, Rhoten & Speerstra, Salem.

Merlin L. Miller, Portland, argued the cause and filed the brief for respondents.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

We have examined the entire record in this case and conclude that the referee's determination awarding claimant 96 degrees for 30 percent unscheduled disability, affirmed by the Workmen's Compensation Board and the circuit court, adequately compensates claimant for her injury.

Affirmed.